# United States District Court
EASTERN DISTRICT OF WISCONSIN

**FOUAD ALI**,
        Plaintiff,

v.

**UCIS TAMPA FIELD OFFICE,**
        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. **22-cv-1093**

☑    **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that the Plaintiff's complaint is **DISMISSED**.

Approved: *(signed)* NANCY JOSEPH
United States Magistrate Judge

Dated: May 9, 2023

GINA M. COLLETTI
Clerk of Court

*s Ross Miller*
(By) Deputy Clerk